UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS BUONANOMA,<br><br>    Plaintiffs,<br><br>vs.<br><br>SIERRA PACIFIC POWER COMPANY,<br><br>    Defendant. | Case No.  CV-N-04-0077-LRH (VPC)<br><br>**STIPULATION TO EXTEND DISCOVERY PLAN; ORDER** |

Pursuant to Local Rule 26-4, counsel for Plaintiff and Defendant submit this Stipulation to extend the deadline to file the joint pretrial order in the above-referenced matter sixty (60) days due to counsel's calendar and settlement discussions.  The parties hereby submit that this stipulation is made in good faith and not for the purpose of delay.

///

///

///

///

LITTLER MENDELSON
Attorneys At Law
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

1  The last day to file a Joint Pretrial Order shall be **August 25, 2009**.

2  Dated: June 12, 2009.                LITTLER MENDELSON, P.C.

By: _____/s/_____
PATRICK H. HICKS, ESQ.
KARYN M. TAYLOR, ESQ.

Attorneys for Defendant
SIERRA PACIFIC POWER CO.

Dated: June 12, 2009.

By: _____/s/_____
ANNE M. VOHL, ESQ.

Attorney for Plaintiff
DENNIS BUONANOMA

ORDER

IT IS SO ORDERED this 15th day of June, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888

2.