UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS BUONANOMA,<br><br>        Plaintiffs,<br><br>vs.<br><br>SIERRA PACIFIC POWER COMPANY,<br><br>        Defendant. | Case No.  CV-N-04-0077-LRH (VPC)<br><br>**STIPULATION TO EXTEND DISCOVERY PLAN; ORDER** |

Pursuant to Local Rule 26-4, counsel for Plaintiff and Defendant submit this Stipulation concerning discovery deadlines in the above-referenced matter due to a stipulation that had been entered into between counsel for the Plaintiff and former counsel for Defendant that was documented in the attached Interim Status Report.  In that Report, the parties' counsel had stipulated that expert discovery would take place after the ruling on Defendant's motion for summary judgment.  The parties also submit this stipulation to extend the time to file the joint pretrial order due to the scheduling of a settlement conference before Judge Valerie P. Cooke on September 9, 2009, which extends the time

LITTLER MENDELSON
ATTORNEYS AT LAW
50 West Liberty Street
Suite 400
Reno, NV  89501.1944
775.348.4888

identified in a stipulation previously submitted by the parties on June 16, 2009. The parties had previously stipulated that the joint pretrial order would be filed by August 25, 2009. The parties hereby submit that this stipulation is made in good faith and not for the purpose of delay.

1. <u>Experts</u>:

The last day for disclosures required by Fed. R. Civ. P. 26(a)(2) concerning experts shall be **August 31, 2009.** The last day for disclosures regarding rebuttal experts shall be **September 30, 2009.** The last day to depose experts shall be **October 30, 2009.**

2. <u>Pretrial Order</u>:

The last day to file a Joint Pretrial Order (including F.R.C.P. 26(a)(3) disclosures and objections) shall be **November 30, 2009.**

Dated: July 24, 2009.   LITTLER MENDELSON, P.C.

By: _____/s/_____
   PATRICK H. HICKS, ESQ.
   KARYN M. TAYLOR, ESQ.

Attorneys for Defendant
SIERRA PACIFIC POWER CO.

Dated: July 24, 2009.

By: _____/s/_____
   ANNE M. VOHL, ESQ.

Attorney for Plaintiff
DENNIS BUONANOMA

IT IS SO ORDERED this 27th day of July, 2009.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
Attorneys At Law
50 West Liberty Street
Suite 400
Reno, NV 89501.1944
775.348.4888