UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS BUONANOMA, | CASE NO. 3:04-cv-77-LRH(VPC) |
| Plaintiff, | MINUTES OF COURT |
| vs. | DATE: |
| SIERRA PACIFIC POWER CO., et al., | |
| Defendant. | |

PRESENT: THE HONORABLE LARRY R. HICKS, U.S. DISTRICT JUDGE

Deputy Clerk: Rosemarie Miller/Dionna Negrete    Reporter: Donna Davidson

Counsel for Plaintiff: Anne Vohl and Fred Atcheson

Counsel for Defendant: Patrick Hicks and Karyn Taylor


MINUTES OF JURY TRIAL:  (Day 1)

8:30 a.m.  Court convenes outside the presence of the prospective jurors.  Argument is presented on plaintiff's Motion for Reconsideration [154].  The Court upholds its previous ruling with regard to the testimony of witnesses.  Ruling with regard to the testimony of Patricia Esse stands submitted.

8:40 a.m.  Court stands at recess.

8:51 a.m.  Court reconvenes in the presence of 29 prospective jurors.  The Court addresses the panel.

The voir dire oath is administered and 13 prospective jurors are seated; voir dire proceeds.

10:25 a.m.  Court stands at recess.

10:42 a.m.  Court reconvenes in the presence of the prospective jurors.  Voir dire continues.

The jury is passed for cause.

Counsel exercise peremptory challenges.  The jury is empaneled and sworn.  The Court excuses the remaining prospective jurors.  The Court instructs the jury on the order of trial proceedings.

11:58 a.m.  Court stands at recess.

Buonanoma v. Sierra Pacific Power Co., et al.
3:04-cv-77-LRH(VPC)
September 28, 2010
Page 2
_____ /

1:55 p.m.  Court reconvenes outside the presence of the jury.  After argument, IT IS ORDERED that Plaintiff's Motion for Reconsideration [154] is denied.  IT IS FURTHER ORDERED that the deposition testimony of Patricia Esse, dated November 17, 2004, submitted to the Court by plaintiff, shall be marked, but not admitted, and retained with the trial exhibits for purposes of appeal.

On motion by counsel, the Rule of Exclusion is invoked and all witnesses are ordered to remain outside the courtroom until called to testify.

2:07 p.m.  The jury enters the Courtroom.

Opening statements are presented by Mr. Atcheson and Mr. Hicks.

3:25 p.m.  The Court stands at recess.

3:40 p.m.  The Court reconvenes in the presence of the jury.

Cathy Palmer, called by plaintiff, is sworn and testifies on direct, cross and redirect examination and is excused.

IT IS ORDERED this trial is continued to September 29, 2010 at 8:30 a.m.

Jury is admonished and excused.

Defendant's objection to the testimony of Jacqueline Kirkland, Mary Jean Snow and Gloria Weddle is overruled.

5:10 p.m.  Court adjourns.

                                                   LANCE S. WILSON, CLERK


                                      By:    Rosemarie Miller
                                                   Deputy Clerk