FILED ✓   ENTERED   RECEIVED   SERVED ON
COUNSEL/PARTIES OF RECORD

OCT - 4 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA

BY: _____ DEPUTY

AO 450 (Rev. 5/85)  Judgment in a Civil Case ®

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

DENNIS BUONANOMA

v.

SIERRA PACIFIC POWER CO., et al.

## JUDGMENT IN A CIVIL CASE

CASE NO. 3:04-cv-77-LRH(VPC)

( ✓ )   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered a verdict.

(  )   Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED judgment is entered in favor of defendant and against plaintiff.

OCTOBER 4, 2010
Date

LANCE S. WILSON, CLERK

By:   R. MILLER
Deputy Clerk