1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| DENNIS BUONANOMA, | Case No.  3:04-cv-00077-LRH (VPC) |
|---|---|
| Plaintiff, | **STIPULATION TO DISMISS WITH PREJUDICE**; **ORDER** |
| vs. | |
| SIERRA PACIFIC POWER COMPANY, | |
| Defendant. | |

Plaintiff DENNIS BUONANOMA and Defendant SIERRA PACIFIC POWER CO., by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing this

action in its entirety with prejudice as to all parties named herein. The parties have reached an out-of-court resolution of this matter. By this stipulation, Plaintiff waives all appellate rights with respect to the Judgment entered against him on October 4, 2010. (Document No. 167) By this stipulation, Defendant waives its right to recover costs associated with this case and agrees to withdraw the Bill of Costs submitted to this Court on October 21, 2010. (Document No. 169)

Each party shall bear their own costs and fees for the claims and causes of action dismissed with prejudice by this Stipulation and Order.

Dated: October 27, 2010.                           NV ENERGY

                                                   By:        /s/
                                                       KARYN M. TAYLOR, ESQ.

                                                   Attorney for Defendant
                                                   SIERRA PACIFIC POWER CO.


Dated: October 25, 2010.                           ANNE M. VOHL, ESQ.

                                                   By:        /s/
                                                       ANNE M. VOHL, ESQ.

                                                   Attorney for Plaintiff
                                                   DENNIS BUONANOMA


**IT IS SO ORDERED** this ___28th___ day of October, 2010.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

2.